

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York  10018
T (212) 218-5500
F (212) 218-5526

hwexler@seyfarth.com
T (212) 218-3332

www.seyfarth.com

August 4, 2022

<u>VIA ECF</u>

The Hon. Anne M. Donnelly
United States Magistrate Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** **Gutierrez et.al v. Carter's, Inc.**
<u>**Case No.: 1:22-cv-03234**</u>

Dear Judge Donnelly:

We represent Carter's, Inc.( "Defendant") in the above-referenced matter. We write, pursuant to Your Honor's Individual Rules, to respectfully request an adjournment of Defendant's responsive pleading deadline with respect to Plaintiff's Amended Complaint. Plaintiff consents to this request.

Defendant's time to file a responsive pleading with respect to Plaintiff's Amended Complaint currently expires on August 9, 2022. Defendant respectfully requests an extension through and including August 26, 2022. This extension request will enable Defendant to fully investigate the allegations in the Amended Complaint. This is Defendant's first request for an adjournment of its responsive pleading deadline with respect to the Amended Complaint.

We thank the Court for its consideration of this request.

Respectfully submitted,

Seyfarth Shaw LLP


/s/ Howard  Wexler


Howard  Wexler

85660736v.1